IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** DeMeo Jr, Anthony J

Printed: 12/13/07

Case Number: 06 B 09111
Judge: Squires, John H
Filed: 7/31/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: November 28, 2007
Confirmed: November 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,000.00 |  |
| Secured: |  | 7,907.25 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,540.00 |
| Trustee Fee: |  | 552.75 |
| Other Funds: |  | 0.00 |
| Totals: | 11,000.00 | 11,000.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,540.00 | 2,540.00 |
| 2. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 3. | Three Arch Capital | Secured | 0.00 | 0.00 |
| 4. | CarMax Auto Finance | Secured | 32,000.00 | 2,900.00 |
| 5. | Three Arch Capital | Secured | 8,000.00 | 1,164.77 |
| 6. | New Century Mortgage | Secured | 26,391.25 | 3,842.48 |
| 7. | Illinois Dept of Revenue | Priority | 978.11 | 0.00 |
| 8. | CarMax Auto Finance | Unsecured | 6,553.50 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,145.68 | 0.00 |
| 10. | North Star | Unsecured | 48.75 | 0.00 |
| 11. | North Star | Unsecured | 78.60 | 0.00 |
| 12. | American Express Travel Relate | Unsecured | 350.97 | 0.00 |
| 13. | North Star | Unsecured | 78.60 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 772.87 | 0.00 |
| 15. | North Star | Unsecured | 78.60 | 0.00 |
| 16. | US Bank | Unsecured | 116.09 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,235.91 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 18.34 | 0.00 |
| 19. | Cavalry Portfolio/Collection | Unsecured | 755.81 | 0.00 |
| 20. | Discover Financial Services | Unsecured | 1,234.44 | 0.00 |
| 21. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 22. | Card Member Services | Unsecured |  | No Claim Filed |
| 23. | Pierce & Associates | Unsecured |  | No Claim Filed |
| 24. | Collect America | Unsecured |  | No Claim Filed |
| 25. | Arrow Financial Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: DeMeo Jr, Anthony J | Case Number: 06 B 09111 |
|---|---|
| | Judge: Squires, John H |
| Printed: 12/13/07 | Filed: 7/31/06 |

| | | | |
|---|---|---|---|
| 26. LVNV Funding | Unsecured | | No Claim Filed |
| 27. Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 28. Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 29. Fisher & Shapiro | Unsecured | | No Claim Filed |
| 30. HSBC Bank USA | Unsecured | | No Claim Filed |
| 31. Nicor Gas | Unsecured | | No Claim Filed |
| 32. Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 82,377.52 | $ 10,447.25 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 330.00 |
| 5.4% | 222.75 |
| | _____ |
| | $ 552.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____